# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Elmer R. Seevers,

            V.                          **JUDGMENT IN A CIVIL CASE**

United States of America Department of the Navy, et. al.,

                                    CASE NUMBER:   05cv481J(BLM)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants defendants' 12(b)(6) Motion to Dismiss with Prejudice, and denies defendants' Motion for Sanctions..................................................................................................................
.................................................................................................................................................

| January 23, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | B. Robinson *(signature)* |
| | (By) Deputy Clerk |
| | ENTERED ON January 23, 2007 |

05cv481J(BLM)